MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES T. CHOU (CABN 142123)
SHAWNA YEN (CABN 224447)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   Jim.Chou@usdoj.gov
              Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 00-20017 JF |
|         Plaintiff, ) | |
|         ) | STIPULATION TO CONTINUE |
|   v.      ) | STATUS HEARINGS ON SENTENCING |
|         ) | AND [PROPOSED] ORDER |
| HAN TSAI HSIUNG, ) | |
|         Defendant. ) | |

      This Court had previously set a status hearing on sentencing for defendant Han Tsai Hsiung for September 9, 2010 at 9:00 a.m.

      It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorneys James T. Chou and Shawna Yen, and counsel for the Defendant Han Tsai Hsiung, Michael Armstrong, Esq., that the status on sentencing for this defendant be continued from September 9, 2010 at 9:00 a.m. to December 9, 2010 at 9:00 a.m.

      This continuance is necessary because this defendant is expected to cooperate in the trial of United States v. Anh The Duong. That trial is in progress and counsel anticipate that it will

1 | last through at least October of 2010.

2 |     Accordingly, the parties stipulate and agree to put this matter over to December 9, 2010

3 | at 9:00 a.m. for a status hearing on the sentencing of Han Tsai Hsiung.

4 |     It is so stipulated.

Respectfully submitted,

Dated: September 1, 2010

MELINDA HAAG
UNITED STATES ATTORNEY

/s/
_____
JAMES T. CHOU
SHAWNA YEN
Assistant U.S. Attorneys

Dated: September 1, 2010

/s/
_____
MICHAEL ARMSTRONG, ESQ.
Attorney for Han Tsai Hsiung

MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES T. CHOU (CABN 142123)
SHAWNA YEN (CABN 224447)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   Jim.Chou@usdoj.gov
             Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 00-20017 JF |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO CONTINUE STATUS HEARINGS ON SENTENCING |
| v. | ) | |
| HAN TSAI HSIUNG, | ) | |
| Defendant. | ) | |

    Based on the stipulation of the parties and for good cause shown,

    IT IS HEREBY ORDERED that the status hearing on sentencing for defendant Han Tsai Hsiung is continued from September 9, 2010 to December 9, 2010 at 9:00 a.m.

    Dated this  3rd  day of September, 2010.

_____
JEREMY FOGEL
United States District Judge

3