MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES T. CHOU (CABN 142123)
SHAWNA YEN (CABN 224447)
Assistant United States Attorneys

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5054
Facsimile: (408) 535-5066
Email:   Jim.Chou@usdoj.gov
         Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 00-20017 JF |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS HEARINGS ON SENTENCING AND [PROPOSED] ORDER |
| v. | ) ) | |
| HAN TSAI HSIUNG, | ) ) | |
| Defendant. | ) ) | |

    This Court had previously set a status hearing on sentencing for defendant Han Tsai Hsiung for December 9, 2010 at 9:00 a.m.

    It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorneys James T. Chou and Shawna Yen, and counsel for the Defendant Han Tsai Hsiung, Michael Armstrong, Esq., that the status on sentencing for this defendant be continued from December 9, 2010 to February 16, 2011 at 9:00 a.m.

    This continuance is necessary because this defendant is expected to cooperate in the trial of United States v. Anh The Duong. That trial is in progress and counsel anticipate that it will

1 last through at least December of 2010.

2     Accordingly, the parties stipulate and agree to put this matter over to February 16, 2011 at

3 9:00 a.m. for a status hearing on the sentencing of Han Tsai Hsiung.

4     It is so stipulated.

5                                   Respectfully submitted,

6 Dated: November 19, 2010     MELINDA HAAG
                                          UNITED STATES ATTORNEY

7

                                        /S/

8                               _____
                              JAMES T. CHOU

9                               SHAWNA YEN
                              Assistant U.S. Attorneys

10 Dated: November 19, 2010

11

                                        /S/

12                             _____
                            MICHAEL ARMSTRONG, ESQ.
                            Attorney for Han Tsai Hsiung

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES T. CHOU (CABN 142123)
SHAWNA YEN (CABN 224447)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   Jim.Chou@usdoj.gov
             Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 00-20017 JF |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO CONTINUE STATUS HEARINGS ON SENTENCING |
| v. | ) | |
| HAN TSAI HSIUNG, | ) | |
| Defendant. | ) | |

    Based on the stipulation of the parties and for good cause shown,

    IT IS HEREBY ORDERED that the status hearing on sentencing for defendant Han Tsai Hsiung is continued from December 9, 2010 to February 17, 2011 at 9:00 a.m.

    Dated this 29th day of November, 2010.

                                                         _____
                                                         JEREMY FOGEL
                                                         United States District Judge